■ THEAPRIN PHARMACEUTICALS, INC., et al., Appellants, v JOSEPH D. CONWAY et al., Respondents, et al., Defendants. [27 NYS3d 397]—In an action, inter alia, to recover damages for breach of contract and fraud, the plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Nassau County (Driscoll, J.), entered January 24, 2014, as granted the motion of the defendants Joseph D. Conway and Joseph D. Conway Certified Public Accountant and the separate motion of the defendants Michael Conway and Diana Conway to dismiss the complaint pursuant to CPLR 3211 (a).

Ordered that the order is affirmed insofar as appealed from, with costs.

The allegations contained in the complaint in this action are substantially the same as those in the complaint in *Theaprin Pharms., Inc. v Conway* (137 AD3d 1254 [2016] [decided herewith]), and, for substantially the same reasons, the Supreme Court properly granted the defendants' motions to dismiss the complaint pursuant to CPLR 3211 (a). Dickerson, J.P., Hall, Austin and Sgroi, JJ., concur.